# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JANET HOBSON, individually and on behalf of others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**HARTFORD INSURANCE COMPANY OF THE MIDWEST,**<br><br>Defendant. | Case No. 21–cv–20696–EP–ESK<br><br><br>**ORDER** |

      **THIS MATTER** having come before the Court for a telephone status conference on May 16, 2023; and the parties having filed a joint status letter on May 11, 2023, which seeks a 90-day extension of the discovery deadlines pending mediation (ECF No. 66); and for good cause shown,

      **IT IS** on this **16th** day of **May 2023** **ORDERED** that:

      1.   This matter is administratively terminated pending completion of the mediation.

      2.   A telephone conference is scheduled for **September 6, 2023 at 11:00 a.m.** before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#.

                                                */s/ Edward S. Kiel*
                                                **EDWARD S. KIEL**
                                                **UNITED STATES MAGISTRATE JUDGE**