UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JANET HOBSON,
*individually and on behalf of all others similarly situated*,

   *Plaintiff*,

vs.

HARTFORD INSURANCE COMPANY OF THE MIDWEST, *an Indiana corporation,*

   *Defendant*.
_____/

Case No. 2:21-cv-20696-EP-ESK

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Janet Hobson, and Defendant, Hartford Insurance Company of the Midwest, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Janet Hobson, individually, are hereby dismissed without prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

SO ORDERED

_s/Evelyn Padin_
Evelyn Padin, U.S.D.J.

Date: 12/28/2023

Date: December 22, 2023

Respectfully Submitted,

/s/ Rachel Dapeer
Rachel Dapeer
Dapeer Law, P.A.
3331 Sunset Avenue
Ocean, New Jersey 07712
Tel: 305-610-5223
Counsel for Plaintiff Janet Hobson

Adam A. Schwartzbaum
 (admitted pro hac vice)
Edelsberg Law, P.A.
20900 NE 30th Avenue
Suite 417
Aventura, FL 33180
Tel: 305-975-3320
Counsel for Plaintiff Janet Hobson

Jacob L. Phillips (admitted pro hac vice)
Normand PLLC
3165 McCrory Place, Suite 175
Orlando, FL 32803
Tel: 407-603-6031
Counsel for Plaintiff Janet Hobson

Counsel for Plaintiff and the Class

/s/ Kim E. Rinehart
Kim E. Rinehart (admitted pro hac vice)
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510
Tel: 203-498-4363
Fax: 203-782-2889

Susan M. Kennedy
Wiggin and Dana LLP
Two Liberty Place
50 South 16th Street, Suite 2925
Philadelphia, PA 19102
Tel: 215-988-8320
Fax: 215-988-8344

Counsel for Defendant Hartford Insurance
Company of the Midwest

Counsel for Defendant Hartford
Insurance Company of the Midwest
Attorneys for Defendant